In re Thomas W. HILL, Petitioner.

No. 01–1733.

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 26, 2001.

Thomas W. Hill, petitioner pro se.

Before WILLIAMS, MICHAEL and
DIANA GRIBBON MOTZ, Circuit
Judges.

PER CURIAM.

Thomas W. Hill filed this mandamus
petition seeking to compel the district
court to exercise its jurisdiction over his
recently dismissed complaint. Where
there is another available remedy, manda-
mus relief is not available. *In re Beard,*
811 F.2d 818, 826 (4th Cir.1987). Manda-

mus relief is not a substitute for appeal. *In re United Steelworkers*, 595 F.2d 958, 960 (4th Cir.1979). Because we conclude Hill has other adequate remedies, we deny Hill's petition for mandamus relief.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*